# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:15-CR-130 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| SILAS LEE SNEED, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 2nd day of April, 2018, upon consideration of the motion (Doc. 80) filed *pro se* by defendant Silas Lee Sneed ("Sneed") requesting copies of unspecified docket entries, his plea agreement, and his sentencing transcript, (id.), but the court noting that Sneed cites no authority in support of his request and does not identify the purpose for which he requires said documents, (id.), and the court observing that defendants are entitled to copies of docket entries and transcripts without charge in only narrow circumstances, and that, in view of the procedural posture of this criminal case, no statute authorizes the court to provide documents to Sneed without charge, it is hereby ORDERED that Sneed's motion (Doc. 80) is DENIED without prejudice.[1]

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] To the extent Sneed seeks the above-identified documents to support a motion pursuant to 28 U.S.C. § 2255, Sneed must first file the Section 2255 motion and then move the court for the documents. See 28 U.S.C. § 753(f) (requiring the government to bear cost of furnishing transcripts to persons proceeding *in forma pauperis* under Section 2255 when "judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal"); 28 U.S.C. § 2250 (providing that judge before whom habeas application is pending may order the Clerk of Court to furnish copies of requested documents to the petitioner).