# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:15-CR-130** |
| v. : | (Chief Judge Conner) |
| **SILAS LEE SNEED,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 12th day of August, 2019, upon consideration of the correspondence (Doc. 84) filed *pro se* by defendant Silas Lee Sneed ("Sneed"), indicating that he "would like to receive the information on the first step act and I will also want to know if I qualify," (id.), and the court observing that Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, § 404, authorizes a district court to impose a reduced sentence for covered crack cocaine offenses where the statutory penalty provisions of the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372, §§ 2-3, would have applied had that act been in effect at the time the covered offense was committed, see First Step Act § 404(b), 132 Stat. at 5222, and further observing that the First Step Act defines a "covered offense" as "violation of a Federal criminal statute, the statutory penalties for which were modified by section 2 or 3 of the Fair Sentencing Act . . . that was committed before August 3, 2010," id. § 404(a), and that sections 2 and 3 of the Fair Sentencing Act apply only to certain crack cocaine offenses under 21 U.S.C. § 841(b)(1), § 844(a), and § 960(b), see Fair Sentencing Act §§ 2-3, 124 Stat. at 2372, and it appearing that Sneed pled guilty to all four counts of the indictment, which charged him with three

counts of interference with commerce by robbery on May 7, 2015, in violation of 18 U.S.C. § 1951, and one count of use of a firearm during a crime of violence in conjunction with those robberies in violation of 18 U.S.C. § 924(c)(1)(A), (see Docs. 1, 68), and that no crime for which Sneed was convicted had its statutory penalties modified by Sections 2 or 3 of the Fair Sentencing Act, it is hereby ORDERED that, to the extent Sneed's correspondence (Doc. 84) can be construed as a motion for reduction of sentence pursuant to Section 404(b) of the First Step Act, the motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania